[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11835
Non-Argument Calendar

_____

D.C. Docket No. 9:08-cr-80115-DTKH-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES MORRIS,
a.k.a. JT,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 30, 2015)

Before ED CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Fletcher Peacock, appointed counsel for James Morris in this appeal from the

denial of 18 U.S.C. § 3582(c)(2) relief , has moved to withdraw from further

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386

U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Morris's § 3582(c)(2) motion to reduce his sentences is **AFFIRMED**.